IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:18-cv-00016-FDW-DSC

| | | |
|---|---|---|
| BRUCE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC, and SYNCHRONY BANK, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Justin M. Sizemore]" (document # 22) filed September 6, 2018. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 7, 2018

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge